UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**MALIK DERRICK LOPER** :

      **Plaintiff** :   CIVIL ACTION NO. 3:20-1482

      v. :   (JUDGE MANNION)

**Z. W. BOONE, et al.,** :

      **Defendants** :

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with a Court Order.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated:  March 16, 2022
20-1482-01-ORDER